Opinion issued August 30, 2007















In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00894-CR

____________


IN RE RICKY LEE JENKINS, Relator






On Appeal from County Criminal Court at Law No. 7 

Harris County, Texas

Trial Court Cause No. 1365187






MEMORANDUM OPINION Relator, Ricky Lee Jenkins, filed a post-conviction application for writ of
habeas corpus in the County Court at Law No. 7 of Harris County. According to the
clerk's record filed in this Court, the trial judge never issued the writ. Relator
attempts to appeal to this Court.

 Denial of the writ may not be reviewed on appeal. See Williams v. Harmon,
788 S.W.2d 192, 193 (Tex. App.--Houston [1st Dist.] 1990, no pet.); see also Ex
parte Fowler, 573 S.W.2d 241, 244 (Tex. Crim. App. 1978). The only remedy for
denial of the writ is to present the application to another judge having jurisdiction. 
Williams, 788 S.W.2d at 193 (citing Nichlos v. State, 255 S.W.2d 522, 526 (Tex.
Crim. App. 1952)).

 Accordingly, we dismiss this appeal for want of jurisdiction. 

 We deny all pending motions.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).